employ when the accident and death occurred.  (See *Kirby* v. *Lackawanna Steel Co.*, 109 App. Div. 334.)  All concurred, except Spring and Kruse, JJ., who dissented.

William B. Kirk, Appellant, v. Anna S. Crampton and George E. Nearing, Respondents, Impleaded with the City of Syracuse.— Judgment modified so as to provide that the plaintiff also, and his heirs and assigns forever, have an easement and a full and free right of way over the one-half of the premises held to belong to the defendant Nearing, and as so modified affirmed, without costs of this appeal to either party.  All concurred.

Paul Skowronski, Respondent, v. Charles H. Levergood and Clarence Church, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless the plaintiff within twenty days stipulates to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party.  All concurred, except McLennan, P. J., and Robson, J., who vote for reversal.

Ellis Peter, Appellant, v. Henry Didcock, Impleaded, Respondent.— Judgment affirmed, with costs.  All concurred.

Katherine Eckhardt, Respondent, v. International Railway Company, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event.  Held, that the verdict of the jury is contrary to and against the weight of evidence.  All concurred, except McLennan, P. J,, who dissented.

Albert Goring, Respondent, v. Utica Gas and Electric Company, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Elizabeth Frisbee, Respondent v. The Village of Port Byron, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Bartolo Famularo, Respondent, v. Oil Well Supply Company, Appellant.— Judgment and order affirmed, with costs.  All concurred, except Williams and Kruse, JJ., who dissented.

Thomas Hanley, Respondent, v. Utica and Mohawk Valley Railway Company, Appellant.— Judgment and order affirmed, with costs.  All concurred.

George G. Burns, Appellant, v. William Staunton and the Post-Standard Company, Respondents.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event.  Held, that nonsuit was improper and that the case should have been submitted to the jury.  All concurred, except McLennan, P. J., who dissented.

The People of the State of New York, Respondent, v. Giovanni Saccamano, Appellant.— Judgment affirmed.  All concurred.

Alma Latimer, as Administratrix, etc., of Moses Latimer, Deceased, Respondent, v. Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs.  All concurred.

Lida Riesterer, Respondent, v. Edward J. Schnell, Appellant.— Judgment and order affirmed, with costs.  All concurred.

George T. McGowan, an Infant, by Mary A. McGowan, His Guardian ad Litem, Respondent, v. Erie Railroad Company, Appellant.— Judgment and